IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDY HOWARD                                              PLAINTIFF

v.                    No. 2:22-cv-210-DPM

CLARENCE E. MARTIN;
CITY OF MARKED TREE,
ARKANSAS; MARKED
TREE POLICE DEPARTMENT;
and DOES 1-50                                            DEFENDANTS

## JUDGMENT

Howard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2023